**Affirmed as Modified and Opinion Filed January 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00311-CR
No. 05-13-00313-CR

**JAMES DARRELL WESTBROOK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-24087-I, F12-59894-I**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Francis

James Darrell Westbrook appeals his convictions for theft of property valued at $1,500 or more but less than $20,000 and possession of methamphetamine in an amount less than one gram. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant.

Appellant filed a pro se response raising several issues. After reviewing counsel's brief, appellant's pro se response, and the record, we agree the appeals are frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 827 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We find nothing in the record that might arguably support the appeals.

We note that appellant pleaded true to two enhancement paragraphs contained in each indictment at the same time he pleaded guilty to the offenses. The orders deferring adjudication of guilt reflect both the pleas and findings of true. Additionally, after the trial court adjudicated appellant guilty of the two offenses, he again found the enhancement paragraphs true. The judgments adjudicating guilt, however, omit the pleas and findings. Thus, the judgments are not correct.

Accordingly, we modify the judgments adjudicating guilt to show appellant pleaded true to two enhancement paragraphs and the trial court found the two enhancement paragraphs true. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.─Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgments.

Do Not Publish
Tex. R. App. P. 47

130311F.U05

/Molly Francis/
MOLLY FRANCIS
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES DARRELL WESTBROOK,
Appellant

No. 05-13-00311-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 2 of Dallas County, Texas (Tr.Ct.No.
F12-24087-I).
Opinion delivered by Justice Francis,
Justices Lang-Miers and Lewis
participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** to show pleas of true to the first and second enhancement paragraphs and findings of true to the first and second enhancement paragraphs.

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

We **ORDER** the trial court to enter a new judgment reflecting these modifications.

Judgment entered January 8, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE

-3-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES DARRELL WESTBROOK,
Appellant

No. 05-13-00313-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 2 of Dallas County, Texas (Tr.Ct.No.
F12-59894-I).
Opinion delivered by Justice Francis,
Justices Lang-Miers and Lewis
participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** to show pleas of true to the first and second enhancement paragraphs and findings of true to the first and second enhancement paragraphs.

As modified, we **AFFIRM** the trial court's judgment adjudicating guilt.

We **ORDER** the trial court to enter a new judgment reflecting these modifications.

Judgment entered January 8, 2014

/Molly Francis/
MOLLY FRANCIS
JUSTICE

-4-